1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | j2 GLOBAL COMMUNICATIONS, INC.,          Case No. CV09-4150 DDP (AJWx)
12 |
13 |          Plaintiff,                       ORDER RE: JOINT STIPULATION
14 |   v.                                      RE CAPTARIS, INC.'S MOTION FOR
15 | CAPTARIS, INC.,                           PROTECTIVE ORDER
16 |          Defendant.

17
18 | CAPTARIS, INC.,
19 |          Counterclaimant,
20 |   v.
21 | j2 GLOBAL COMMUNICATIONS, INC.,
22 |
23 |          Counterdefendant.

24
25
26
27
28

**ORDER**

Having read the parties' concurrently filed stipulation re: Captaris' Inc.'s ("Captaris") Motion for A Protective Order to Quash an Amended Notice of Deposition served by j2 Global Communications, Inc. ("j2") pursuant to Fed. R. Civ. P. 30(b)(6) (the "Amended Notice"), and for good cause thereon,

IT IS HEREBY ORDERED THAT:

1. Captaris' Rule 30(b)(6) designee will appear for deposition in Chicago, Illinois, on either April, 14, 15 or 16, 2010;
2. Captaris will testify in response to Topics 2, 14 and 15 (without reference to "Relevant Market"), 33, 34 (without reference to "objectively"), 36, 41, 42, 43, 45, 46 and 47 of the Amended Notice;
3. Topics 11-13, 25, 35, 37-40 and 41 in the Amended Notice will be treated as interrogatories and Captaris will provide written responses by April 2, 2010, so that, if a dispute arises over the sufficiency of those answers, the parties will have adequate time to meet and confer in advance of the deposition of Captaris' Rule 30(b)(6) designee;
4. j2 will withdraw Topics 1, 3-10, 16-24, 26-32, and 44 from the Amended Notice and the withdrawn topics will be replaced with the topics contained in Exhibit A in the Joint Stipulation filed concurrently herewith;

Dated: _3/2/ 2010           /s/
                           _____
                           Honorable Andrew J. Wistrich

1  LA1935548.1
2  213833-10002

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

[Proposed] Order Granting Captaris, Inc. Leave
To File a Second Amended Answer
Case No. CV09-4150 DDP (AJWx)