Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, California 95110
Tel.:   (408) 975-7500
Fax:   (408) 975-7501

*Attorneys for Plaintiffs j2 Global Communications, Inc. and Advanced Messaging Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Plaintiffs <br><br> v. <br><br> CAPTARIS, INC. and OPEN TEXT CORPORATION, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | Case No. CV 09-04150 DDP (AJWx) <br><br> **ORDER DISMISSING COUNTERCLAIMS WITH PREJUDICE** <br><br> Fact Discovery Cutoff:  Oct. 13, 2011 <br> Pretrial Conference:  Apr. 23, 2012 <br> Trial Date:  May 1, 2012 |

**ORDER**

The Court, having considered the parties' Joint Stipulation to Dismiss Counterclaims With Prejudice, finds good cause in support thereof. Accordingly, IT IS HEREBY ORDERED:

The Fourth, Fifth, Sixth, and Seventh Claims for Relief included in Answer and Counterclaim of Defendants Captaris, Inc. to Plaintiff j2 Global Communications, Inc.'s First Amended Complaint for Patent Infringement are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This Order shall not bar or preclude Captaris, Inc. or Open Text Corporation from asserting, in any future action or proceeding against j2 Global Communications, Inc. or any other entity affiliated with or controlled by j2 Global Communications, Inc., any claims, counterclaims, causes of action, rights, or defenses that arise out of patents other than U.S. Patent No. 6,597,688, U.S. Patent No. 7,020,132, U.S. Patent No. 6,350,066, U.S. Patent No. 6,208,638, U.S. Patent No. 5,461,488, U.S. Patent No. 4,994,926, U.S. Patent No. 5,291,302, U.S. Patent No. 5,459,584, U.S. Patent No. 6,643,034 and U.S. Patent No. 6,785,021 or the enforcement of any of those patents. This Order shall also not impact, prejudice, waive, or preclude (i) any affirmative defense averred by Captaris, Inc. or Open Text Corporation in this action, or (ii) any counterclaim other than the Fourth, Fifth, Sixth and Seventh Claims for relief included in their Answer and Counterclaim.

Each party shall bear its own attorneys' fees and costs relative to the topics enumerated herein.

IT IS SO ORDERED.

Dated: _September 14, 2011

Honorable Dean D. Pregerson
United States District Judge