1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:   (310) 712-8800

7  Frank L. Bernstein (SBN 189504)
   fbernstein@kenyon.com
8  KENYON & KENYON LLP
   1801 Page Mill Road, Suite 210
9  Palo Alto, California 94304-1216
   Tel.:  (650) 384-4688
10 Fax:   (650) 384-4701

11 *Attorneys for Plaintiffs j2 Global*
   *Communications, Inc. and Advanced*
12 *Messaging Technologies, Inc.*

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16 J2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., | Case No. CV 09-4150 DDP (AJWx) |
| 17 | **PLAINTIFF J2 GLOBAL COMMUNICATIONS, INC'S SUPPLEMENTAL NOTICE REGARDING MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| 18        Plaintiffs, | |
| 19    v. | |
| 20 CAPTARIS, INC. and OPEN TEXT CORPORATION, | **DISCOVERY MATTER** |
| 21 | [Cent. Dist. Civ. L. R. 37-2] |
| 22        Defendants. | Judge:      Hon. Andrew J. Wistrich |
| 23 | Courtroom:  690 (Roybal) |
| 24 | Hearing:    November 14, 2011 |
| 25 AND RELATED CROSS-ACTION | Time:       10:00 a.m. |
| 26 | Fact Discovery Cutoff: Apr. 27, 2012 |
| 27 | Pretrial Conference:  Nov. 5, 2012 |
| 28 | Trial Date:           Nov. 13, 2012 |

1  Plaintiff j2 Global Communications, Inc. ("j2") respectfully submits
2  this Supplemental Notice regarding its Motion to Compel Production of
3  Documents (Docket No. 273), which was heard on November 14, 2011.
4  In opposing the Motion to Compel, Defendant Open Text Corporation
5  ("Open Text") argued that it possesses no documents concerning its customers' use
6  of its products, other than perhaps a few "loose" or "random" documents.
7  (Transcript of Nov. 14, 2011 Hearing at 22, 23 (attached as Exhibit C to the
8  Declaration of Edward E. Johnson ("Johnson Decl.") filed herewith).) j2 has now
9  received documents from certain of the third parties it subpoenaed, and those
10 documents appear to show that Open Text, at least in some circumstances, collects
11 information about its customers. For example:
12 • A customer produced a document showing that Open Text has a
13   "Knowledge Center Workspace" with customer-specific links.
14   Whatever information is contained in this "Workspace" is
15   available only from Open Text and likely is relevant and
16   responsive. (Johnson Decl. Ex. A.)
17 • Another customer produced a "Letter of Engagement" which
18   contains customer-specific configuration information and which
19   refers to an "Open Text Professional Services" group that
20   apparently assists customers in implementing Open Text
21   products. Documents from this group are almost certainly
22   highly relevant to infringement. (Johnson Decl. Ex. B.)
23 In light of this new evidence that Open Text possesses responsive,
24 relevant documents that it has not produced, j2 respectfully requests that the Court
25 enter an order granting j2's Motion to Compel, consistent with its tentative
26 indication at the November 14, 2011 hearing on this Motion. j2 further requests
27 that Open Text be required to complete its production within thirty days, because
28

1  the Court recently entered a new schedule that sets the discovery cutoff for April
2  27, 2012 (Docket No. 298) and j2 anticipates the need to conduct follow-up
3  discovery after receiving these documents.

Dated: February 16, 2012       Respectfully submitted,

_Robert A. Sacks /EEJ_
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
(650) 384-4688
(650) 384-4701  facsimile

*Attorneys for Plaintiffs j2 Global Communications, Inc. and Advanced Messaging Technologies, Inc.*