1 | Robert A. Sacks (SBN 150146)
  | sacksr@sullcrom.com
2 | Brian R. England (SBN 211335)
  | englandb@sullcrom.com
3 | SULLIVAN & CROMWELL LLP
  | 1888 Century Park East, Suite 2100
4 | Los Angeles, California 90067-1725
  | Tel.:  (310) 712-6600
5 | Fax:  (310) 712-8800

6 | *Attorneys for Plaintiff j2 Global, Inc.*

7 | Grant E. Kinsel (SBN 172407)
  | PERKINS COIE LLP
8 | 1888 Century Park East, Suite 1700
  | Los Angeles, California 90067-1721
9 | Tel.:  (310) 788-9900
  | Fax:  (310) 788-3399

10 |

11 | *Attorneys for Defendants Captaris, Inc. and Open Text Corporation*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CAPTARIS, INC. and OPEN TEXT CORPORATION, <br><br> Defendants. | Case No. CV 09-04150 DDP (AJWx) <br><br> **AMENDED <u>SCHEDULING ORDER</u>** |

This matter is before the Court on the parties' Joint Stipulation To Amend Scheduling Order. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED:

The Stipulation is GRANTED. The Court adopts the dates set forth below:

| | |
|---|---|
| Fact Discovery Cutoff | July 27, 2012 |
| Rule 26(a)(2) expert witness reports due on issues which parties have burden of proof | August 10, 2012 |
| Rule 26(a)(2) expert witness reports for rebuttal experts due | September 21, 2012 |
| Expert Discovery Cutoff | October 5, 2012 |
| Deadline for filing summary judgment motions | November 2, 2012 |
| Oppositions to summary judgment due | November 20, 2012 |
| Replies for summary judgment due | December 3, 2012 |
| Summary judgment hearing | December 17, 2012 |
| Final Pretrial Conference | February 4, 2013 at 11:00 a.m. |
| Trial Begins | February 12, 2013 at 9:00 a.m. |

Dated: May 01, 2012

DEAN D. PREGERSON
United States District Judge

SULLIVAN & Cromwell LLP

[PROPOSED] ORDER