1  Grant E. Kinsel (Bar No. 172407)
   Gkinsel@perkinscoie.com
2  **PERKINS COIE LLP**
3  1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
4  Telephone: 310.788.9900
   Facsimile: 310.788.3399
5

6  Timothy J. Carroll (pro hac vice)
   tcarroll@perkinscoie.com
7  Matthew F. Carmody (pro hac vice)
   mcarmody@perkinscoie.com
8  **PERKINS COIE LLP**
   131 South Dearborn Street, Suite 1700
9  Chicago, IL 60603
10 Telephone: 312.324.8400
   Facsimile: 312.324.9400
11

12 Attorneys for Defendants/Counterclaimants
   CAPTARIS, INC. and OPEN TEXT CORPORATION

13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS INC. and ADVANCED MESSAGING TECHNOLOGIES, INC.,<br><br>                  Plaintiffs,<br><br>        v.<br><br>CAPTARIS, INC. and OPEN TEXT CORPORATION,<br><br>                  Defendants. | Case No. 09-4150-DDP (AJWx)<br><br>**DECLARATION OF DAVID J. PALMER IN SUPPORT OF DEFENDANTS' MOTION FOR SPOLIATION SANCTIONS AGAINST J2**<br><br>[filed concurrently with Notice of Motion and Motion for Spoliation Sanctions Against j2; Memorandum of Points and Authorities in Support of Motion; and [Proposed] Order]<br><br>Date: November 12, 2012<br>Time: 10:00 a.m.<br>Courtroom: 3 |
| And Related Counterclaims | Judge: Hon. Dean D. Pregerson |

LEGAL24833544.1                                              DECLARATION OF DAVID J. PALMER

DAVID J. PALMER, declares as follows:

I am an attorney with the law firm of Perkins Coie LLP, and am counsel for Defendants Captaris, Inc. and Open Text Corporation ("Defendants"). I have personal knowledge of the matters set forth below and am competent to testify.

1. Attached hereto as Exhibit 1 [FILED UNDER SEAL], is a true and correct copy of excerpts from the transcript of the deposition of Anand Narasimhan dated February 22 and February 23, 2012.

2. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by j2 in this litigation bearing the production numbers, J080937-J080938.

3. Attached hereto as Exhibit 3 is a true and correct copy of a message posted to Dr. David J. Farber's Interesting People distribution list dated December 29, 1995, EL PRODUCTION C082936.

4. Attached hereto as Exhibit 4 are true and correct copies of a post to the Usenet newsgroup titled biz.marketplace.discussion, EL PRODUCTION C082941; a post to the Usenet newsgroup titled fr.network.internet, EL PRODUCTION C082942; and a post to the Usenet newsgroup titled dfw.internet.providers, EL PRODUCTION C082951.

5. Attached hereto as Exhibit 5 is a true and correct copy of a post to the Usenet newsgroup titled alt.bbs.internet, EL PRODUCTION C082948; and a post to the Usenet newsgroup titled alt.online-service, EL PRODUCTION C082965.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of David J. Farber dated July 27, 2012.

7. Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 2 (Interesting-People Message, j2/V 4090 through j2/V 4092) from the deposition of David J. Farber taken in this matter on July 27, 2012.

8. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by j2 dated February 3, 1997, J082351.

1  9.  Attached hereto as Exhibit 9 is a true and correct copy of a document produced by j2 dated June 23, 1997, J081025-27.

10.  Attached hereto as Exhibit 10 [FILED UNDER SEAL], is a true and correct copy of a document produced by j2 dated August 1998, J075416-35.

11.  Attached hereto as Exhibit 11 is a true and correct copy of JFAX Trademark Registration Application, J105262-90.

12.  Attached hereto as Exhibit 12 is a true and correct copy of the U.S. Copyright Office's public catalog entry for JFAX's Copyright Registration TX0004354397.

13.  Attached hereto as Exhibit 13 is a true and correct copy of the U.S. Copyright Office's public catalog entry for JFAX's Copyright Registration TX 0004347682.

14.  Attached hereto as Exhibit 14 is a true and correct copy of the U.S. Copyright Office's public catalog entry for JFAX's Copyright Registration TX 0004450197.

15.  Attached hereto as Exhibit 15 is a true and correct copy of U.S. Patent No. 6,208,638.

16.  Attached hereto as Exhibit 16 is a true and correct copy of U.S. Patent No. 6,597,688.

17.  Attached hereto as Exhibit 17 is a true and correct copy of U.S. Patent No. 7,020,132.

18.  Attached hereto as Exhibit 18 is a true and correct copy of a *AudioFAX IP LLC v. JFAX.COM, Inc.*, Case No. 1:99-cv-02816 (N.D. Ga.) Docket Report.

19.  Attached hereto as Exhibit 19 [FILED UNDER SEAL], is a true and correct copy of an Oct. 1, 2001 Action of j2's Board of Directors, J075375-84.

20.  Attached hereto as Exhibit 20 is a true and correct copy of a document produced by j2 dated December 10, 2001, J080052.

21.  Attached hereto as Exhibit 21 is a true and correct copy of a document

1  produced by j2 dated March 5, 2002, J079967.

2      22.    Attached hereto as Exhibit 22 is a true and correct copy of a document
3  produced by j2 dated March 5, 2002, J079966.

4      23.    Attached hereto as Exhibit 23 is a true and correct copy of a document
5  produced by j2 dated March 5, 2002, J079966.

6      24.    Attached hereto as Exhibit 24 is a true and correct copy of a document
7  produced by j2 dated March 5, 2002, J079964.

8      25.    Attached hereto as Exhibit 25 is a true and correct copy of a document
9  produced by j2 dated February 4, 2003, J079918.

10     26.    Attached hereto as Exhibit 26 is a true and correct copy of a document
11 produced by j2 dated November 1, 2002, J-CAP00382612-24.

12     27.    Attached hereto as Exhibit 27 is a true and correct copy of the
13 Complaint filed July 25, 2002, in *InterStar Technologies v. j2 Global*
14 *Communications*, 2:02-cv-10707.

15     28.    Attached hereto as Exhibit 28 is a true and correct copy of a *j2 Global*
16 *Communications Inc. v. Venali Inc.*, Case No. 2:04-cv-01172 (C.D. Cal.) Docket
17 Report.

18     29.    Attached hereto as Exhibit 29 [FILED UNDER SEAL], is a true and
19 correct copy of excerpts from the transcript of the deposition of Vincent
20 Niedzielski, dated June 13, 2012.

21     30.    Attached hereto as Exhibit 30 is a true and correct copy of *j2 Global*
22 *Communications Inc. v. Protus IP Solutions Inc.*, Case No. 2:05-cv-05610 (C.D.
23 Cal.) Docket Report.

24     31.    Attached hereto as Exhibit 31 is a true and correct copy of the Order
25 Granting Request for Reexamination for U.S. Patent No. 6,208,638 dated February
26 1, 2006.

27

28

1  32. Attached hereto as Exhibit 32 is a true and correct copy of the Order Granting Request for Reexamination for U.S. Patent No. 6,597,688 dated April 26, 2005.

33. Attached hereto as Exhibit 33 is a true and correct copy of the Information Disclosure Statement dated June 29, 2005.

34. Attached hereto as Exhibit 34 is a true and correct copy of a Request for Reexamination of U.S. Patent No. 6,597,688 dated March 21, 2005.

35. Attached hereto as Exhibit 35 is a true and correct copy of Request for Reexamination of U.S. Patent No. 6,208,638 dated November 3, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 11th day of October, 2012 at Phoenix, Arizona.

_____
David J. Palmer