# Exhibit 3

# INTERESTING-PEOPLE MESSAGE

[Date Prev] | [Thread Prev] | [Thread Next] | [Date Next] -- [Date Index] | [Thread Index] | [interesting-people Home]

---

*Subject*: **IP: Germany admits probe; claims CompuServe blocked voluntarily**

- *From*: **Dave Farber <farber@central.cis.upenn.edu>**
- *Date*: Fri, 29 Dec 1995 10:41:02 -0500

---

```
From: Jack Rieley <ranjak@interport.net>
To: "'Dave Farber'" <farber@central.cis.upenn.edu>
Date: Fri, 29 Dec 1995 10:36:29 -0500
```

Dave,

Germany has finally reacted publicly to the rise tide of global disgust at its actions against CompuServe. But neither the German prosecutor's statement nor dispatches from the government-friendly DPA news agency even touch upon the ban on Clarinet's gay news feed, several gay discussion groups and a newsgroup dealing with the handicapped and sex.

A statement by the prosecutor's office in Munich confirmed that it has launched a criminal investigation of CompuServe in connection with the dissemination of child pornography. But the statement also claims that CompuServe voluntarily blocked 200 newsgroups after discussions with the government.

It is only proper now to ask, "Who's lying?" Either CompuServe was ordered to block the newsgroups, as it asserts, or it did so voluntarily, as the German government says.

Best,
Jack Rieley

---

[Date Prev] | [Thread Prev] | [Thread Next] | [Date Next] -- [Date Index] | [Thread Index] | [interesting-people Home]

---

**Powered by eList eXpress LLC**

Exhibit 3 Page 25

EL PRODUCTION C082936