| | |
|---|---|
| 1 | Grant E. Kinsel (Bar No. 172407) |
| | gkinsel@perkinscoie.com |
| 2 | **PERKINS COIE LLP** |
| | 1888 Century Park East, Suite 1700 |
| 3 | Los Angeles, CA 90067-1721 |
| | Telephone: 310.788.9900 |
| 4 | Facsimile: 310.788.3399 |
| 5 | Timothy J. Carroll (pro hac vice) |
| | tcarroll@perkinscoie.com |
| 6 | Matthew F. Carmody (pro hac vice) |
| | mcarmody@perkinscoie.com |
| 7 | **PERKINS COIE LLP** |
| | 131 South Dearborn Street, Suite 1700 |
| 8 | Chicago, IL 60603 |
| | Telephone: 312.324.8400 |
| 9 | Facsimile: 312.324.9400 |
| 10 | *Attorneys for Defendants CAPTARIS, INC., and OPEN TEXT CORPORATION* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 Global Communications Inc., and Advanced Messaging Technologies, Inc., | Case No. 09-4150-DDP (AJWx) |
| Plaintiffs, | **DECLARATION OF MATTHEW F. CARMODY IN SUPPORT OF OPEN TEXT'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS** |
| v. | |
| Captaris, Inc., and Open Text Corporation, | Date: November 12, 2012 |
| | Time: 10:00 a.m. |
| | Courtroom: 3 |
| Defendants. | Judge: Hon. Dean D. Pregerson |
| And Related Counterclaims | |

Declaration of Matthew F. Carmody

Matthew F. Carmody, declares as follows:

I am an attorney with the law firm of Perkins Coie LLP, and am counsel for Defendants Captaris, Inc. and Open Text Corporation ("Defendants"). I have personal knowledge of the matters set forth below and am competent to testify.

1. In the course of discussions with j2's counsel about depositions, Defendants inquired about the availability of Jack Rieley, j2 co-founder and named inventor on the '638 patent. j2 has represented that Mr. Rieley is unavailable for deposition because he lives in Germany and is too sick to travel either to the consulate as required for any deposition to occur in Germany or to travel outside of Germany for a deposition.

2. I was present at the deposition of j2's Rule 30(b)(6) witness, Vincent Niedzielski. Mr. Niedzielski was unprepared to testify on many of the topics that had been noticed for deposition, and for which Mr. Niedzielski had been offered.

3. j2's counsel offered another Rule 30(b)(6) witness to cover some of these topics in principle, but j2 has not yet made that witness available for deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 10th day of October, 2012 at San Francisco, California.

/s/ _____
Matthew F. Carmody