1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:   (310) 712-8800

7  Frank L. Bernstein (SBN 189504)
   fbernstein@kenyon.com
8  KENYON & KENYON LLP
   1801 Page Mill Road, Suite 210
9  Palo Alto, California 94304-1216
   Tel.:  (650) 384-4700
10 Fax:   (650) 384-4701

11 *Attorneys for Plaintiffs j2 Global, Inc. and*
   *Advanced Messaging Technologies, Inc.*
12

13                **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15

16 j2 GLOBAL                        )  Case No. CV 09-4150 DDP (AJWx)
   COMMUNICATIONS, INC.             )
17 AND ADVANCED MESSAGING           )  **DECLARATION OF JEFFREY D.**
   TECHNOLOGIES, INC.               )  **ADELMAN IN SUPPORT OF**
18                                  )  **PLAINTIFFS j2 GLOBAL, INC. AND**
                    Plaintiffs,     )  **ADVANCED MESSAGING**
19                                  )  **TECHNOLOGIES, INC.'S**
                    v.              )  **OPPOSITION TO DEFENDANTS'**
20                                  )  **MOTION FOR SPOLIATION**
   CAPTARIS, INC. AND OPEN          )  **SANCTIONS AGAINST j2**
   TEXT CORPORATION,                )
21                                  )  _____
                    Defendants.     )
22                                  )  Date: November 19, 2012
                                    )  Time:  10:00 a.m.
23 _____    )  Courtroom: 3
                                    )  Honorable Dean D. Pregerson
24                                  )
   AND RELATED CROSS-ACTION         )
25                                  )
                                    )
26 _____    )

27

28

SULLIVAN & CROMWELL LLP                        DECLARATION OF JEFFREY D. ADELMAN

# DECLARATION OF JEFFREY D. ADELMAN

I, Jeffrey D. Adelman, declare as follows:

1.      I am Vice President, General Counsel and Secretary of j2 Global, Inc. ("j2"), the Plaintiff in this action.  I am an attorney admitted to the Bar of the State of California.  I submit this Declaration in opposition to Defendants Captaris, Inc. and Open Text Corporation's Motion for Spoliation Sanctions Against j2.  I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2.      I joined j2 in 2000 as General Counsel and I have been j2's General Counsel continuously since then.

3.      In 2004,  j2 began enforcing U.S. Patent Nos. 6,208,638 and 6,597,688, two of the patents at issue in this litigation, by bringing patent infringement cases against Venali, Inc. and CallWave, Inc.  In connection with the commencement of those lawsuits, I issued a litigation hold notice instructing employees not to destroy documents that could be relevant to the lawsuit.  Although the cases against Venali and CallWave have been resolved, the litigation hold has been in place continuously since 2004 because j2 brought subsequent lawsuits, including in 2006 when I understand Open Text contends j2 destroyed source code.

4.      To the best of my knowledge, j2's employees have complied with the litigation hold and no relevant source code has been destroyed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of October, 2012 at Los Angeles, California.

_____

Jeffrey D. Adelman

-1-

SULLIVAN & CROMWELL LLP

DECLARATION OF JEFFREY D. ADELMAN