| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
| | sacksr@sullcrom.com |
| 2 | Brian R. England (SBN 211335) |
| | englandb@sullcrom.com |
| 3 | Edward E. Johnson (SBN 241065) |
| | johnsonee@sullcrom.com |
| 4 | SULLIVAN & CROMWELL LLP |
| | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California 90067-1725 |
| | Tel.:   (310) 712-6600 |
| 6 | Fax:   (310) 712-8800 |
| 7 | Frank L. Bernstein (SBN 189504) |
| | fbernstein@kenyon.com |
| 8 | KENYON & KENYON LLP |
| | 1801 Page Mill Road, Suite 210 |
| 9 | Palo Alto, California 94304-1216 |
| | Tel.:   (650) 384-4700 |
| 10 | Fax:   (650) 384-4701 |
| 11 | *Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| j2 GLOBAL COMMUNICATIONS, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC. | ) ) ) ) ) | Case No. CV 09-4150 DDP (AJWx) **DECLARATION OF VINCE NIEDZIELSKI IN SUPPORT OF PLAINTIFFS j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SPOLIATION SANCTIONS AGAINST j2** |
| Plaintiffs, | ) | |
| v. | ) | |
| CAPTARIS, INC. AND OPEN TEXT CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) ) | Date: November 19, 2012 Time:  10:00 a.m. Courtroom: 3 Honorable Dean D. Pregerson |
| AND RELATED CROSS-ACTION | ) ) ) ) | |

## DECLARATION OF VINCENT NIEDZIELSKI

I, Vincent Niedzielski, declare as follows:

1. I am Vice President, Engineering of j2 Global, Inc. ("j2"), the Plaintiff in this action. I submit this Declaration in opposition to Defendants Captaris, Inc. and Open Text Corporation's Motion for Spoliation Sanctions Against j2. I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. I joined j2 in March 2008 as Vice President, Engineering, and have held that title since then.

3. In June, 2012, I appeared as a witness at deposition on behalf of j2. One of the subjects about which I testified related to j2's efforts to locate and retrieve source code for j2's early services, around 1996-1999, when the company was known as JFAX.

4. As I testified during my deposition, as of June 2012, I and others at j2 had undertaken a substantial search for early source code. The search was made more difficult because none of the employees responsible for maintaining j2's source code in the late 1990's and early 2000's are with j2 currently. In connection with j2's search for early source code, I spoke to William Coe, who I understood to be the individual most knowledgeable at j2 about where early source code could be found. Based on the search that had been conducted as of June 2012, I was aware of and testified about two software version control systems, one called CVS and one called Subversion.

5. Although I understand that Open Text is arguing that I testified that source code was destroyed, that was not my testimony. I testified that when j2 began using Subversion, the code in the CVS repository was not carried forward. But I said that the use of the code was discontinued, not that the code was destroyed. I also made clear that my understanding, based on my investigation to that point, was that the code in the CVS repository had been backed up multiple

-1-

1  times, and that j2's efforts to find and restore early source code were ongoing as of
2  the time my deposition was taken.

3       6.    Subsequent to my deposition, other individuals at j2 were
4  consulted, and further efforts made to locate early JFAX source code. As a result
5  of those efforts, a further version control system, Virtual Source Safe (VSS), dating
6  back earlier than CVS, was identified. A decommissioned server, called Source 1,
7  containing the VSS repository, was located and restored. Pre-2006 source code
8  was found in that VSS repository.

9       7.    In addition, a 2006 checked-out version (*i.e.*, back-up) of the
10 VSS repository was located.

11      8.    Still further, Engineering servers located in the Quality
12 Assurance Data Center were searched. Those servers had archived folders that
13 contain source code, including source code files from 1998, and some source code
14 files from 1997 and 1996, for both the inbound and outbound services.

15      9.    Also as part of j2's ongoing efforts since my deposition, j2 has
16 attempted to contact former employees who may have knowledge of how to find
17 j2's early source code. j2 has learned that one of the former employees has in his
18 possession source code that references the JFAX service from 1997.

19      10.   Finally, j2 has located additional backup tapes and is continuing
20 its efforts to restore previously-located backup tapes, to the extent those tapes
21 appear to potentially contain early source code for j2's Internet fax services.

22      I declare under penalty of perjury under the laws of the United States
23 of America that the foregoing is true and correct.

24      Executed this 29th day of October, 2012 at Los Angeles, California.

25
26                                              _____
                                                Vincent Niedzielski
27
28

-2-

SULLIVAN & CROMWELL LLP                                    DECLARATION OF VINCENT NIEDZIELSKI