Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:  (650) 384-4700
Fax:  (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CAPTARIS, INC. AND OPEN TEXT CORPORATION,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. CV 09-4150 DDP (AJWx)<br><br>**DECLARATION OF EDWARD E. JOHNSON IN SUPPORT OF PLAINTIFFS j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**<br><br>Date: November 19, 2012<br>Time:  10:00 a.m.<br>Courtroom: 3<br>Honorable Dean D. Pregerson |

# DECLARATION OF EDWARD E. JOHNSON

I, Edward E. Johnson, declare as follows:

1. I am an attorney admitted to the Bar of the State of California and to the Bar of this Court. I am an Associate at the law firm of Sullivan & Cromwell LLP, counsel to Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc. (collectively, "j2") in this action. I submit this Declaration in support of j2's Opposition to Defendants Captaris, Inc. and Open Text Corporation's (collectively, "Open Text") Motion for Leave to Amend Counterclaims. I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an August 20, 2012 letter from Timothy J. Carroll of Perkins Coie LLP to Robert A. Sacks of Sullivan & Cromwell LLP.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the transcript of the October 24, 2012 status conference before this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of October, 2012 at Los Angeles, California.

_____
Edward E. Johnson

-1-