UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-04150 DDP (AJWx) | Date | November 6, 2012 |
| Title | j2 GLOBAL COMMUNICATIONS INC. -V- CAPTARIS INC. | | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frank L. Bernstein<br>Robert A. Sacks<br>Brian R. England<br>Edward E. Johnson | Manny J. Caixeiro<br>Timothy J. Carroll<br>Edith R. Matthai |

Proceedings:     HEARING RE: MOTION TO DISQUALIFY COUNSEL PERKINS COIE (COURT ORDERED 10-24-12)

The Evidentiary Hearing is not held.

Court and counsel confer as reflected on the record.

          0 0  :  25

          Initials of Preparer     JAC