# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-04150 DDP (AJWx) | Date | November 19, 2012 |
| Title | j2 GLOBAL COMMUNICATIONS INC. -V- CAPTARIS INC. | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert A. Sacks<br>Brian R. England<br>Frank L. Bernstein | Timothy J. Carroll<br>Manny J. Caixeiro<br>Edith R. Matthai |

Proceedings:

MOTION TO DISQUALIFY COUNSEL PERKINS COIE LLP AND COMPEL DISCOVERY FILED BY PLAINTIFFS ADVANCED MESSAGING TECHNOLOGIES, INC., J2 GLOBAL COMMUNICATIONS INC. (DOCKET NUMBER 340)

Court hears oral argument and takes the matter under submission.

|   | 0 0 | : | 20 |
|---|---|---|---|
|   | Initials of Preparer | | JAC |