1  Grant E. Kinsel (Bar No. 172407)
   gkinsel@perkinscoie.com
2  PERKINS COIE LLP
3  1888 Century Park East, Suite 1700
   Los Angeles, CA 90067
4  Telephone: 310.788.9900
   Facsimile: 310.788.3399
5

6  Timothy J. Carroll *(Pro Hac Vice)*
   tcarroll@perkinscoie.com
7  Matthew F. Carmody *(Pro Hac Vice)*
   mcarmody@perkinscoie.com
8  PERKINS COIE LLP
9  131 South Dearborn Street, Suite 1700
   Chicago, IL 60603
10 Telephone: 312.324.8400
   Facsimile: 312.324.9400
11
12 Attorneys for Defendants/ Counterclaimants
   CAPTARIS, INC., and OPEN TEXT
13 CORPORATION

14 [See signature block for full list of counsel]

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  J2 GLOBAL COMMUNICATIONS INC., and ADVANCED MESSAGING<br>19  TECHNOLOGIES, INC., <br>20             Plaintiffs, <br>21       v. <br>22  CAPTARIS, INC., and OPEN TEXT CORPORATION, <br>23  <br>24             Defendants. <br>25  <br>26  And Related Counterclaims | Case No. 09-cv-4150-DDP (AJWx) <br><br>**Notice of Lodging of [Proposed Form of] Order Granting-In-Part and Denying-In-Part j2 Global, Inc. and Advanced Messaging Technologies, Inc.'s Motion To Disqualify Perkins Coie LLP and To Compel Discovery** <br><br>Judge:   Hon. Dean D. Pregerson |

27
28

80040-0001/LEGAL25203376.1

1   PLEASE TAKE NOTICE that Defendants Captaris, Inc. and Open Text
2   Corporation have lodged a [Proposed Form of] Order Granting-In-Part and
3   Denying-In-Part j2 Global, Inc. and Advanced Messaging Technologies, Inc.'s
4   Motion to Disqualify Perkins Coie LLP and To Compel Discovery.

80040-0001/LEGAL25203376.1

| | |
|---|---|
| Dated: November 29, 2012 | By: */s/ Timothy J. Carroll* |

Grant Kinsel (Bar No. 172407)
gkinsel@perkinscoie.com
Gigi C. Hoang (Bar No. 241182)
ghoang@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

Timothy J. Carroll *(Pro Hac Vice)*
tcarroll@perkinscoie.com
Matthew F. Carmody *(Pro Hac Vice)*
mcarmody@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: 312.324.8400
Facsimile: 312.324.9400

David J. Palmer (Bar No. 217901)
dpalmer@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: 602.351.8000
Facsimile: 602.648.7036

Attorneys for Defendants/
Counterclaimants
CAPTARIS, INC., and OPEN TEXT CORPORATION

Edith R. Matthai (Bar No. 66730)
ematthai@romalaw.com
ROBIE & MATTHAI, APC
500 S. Grand Ave, Ste 1500
Los Angeles, CA 90071-2609
Telephone: 213.706-8000
Facsimile: 213.706-8000

Attorneys for Non-Party Perkins Coie LLP