Brad D. Brian (State Bar No. 079001)
Stuart N. Senator (State Bar No.: 148009)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
Brad.Brian@mto.com
Stuart.Senator@mto.com

Special Counsel for Defendants/Counterclaimants
CAPTARIS, INC. and OPEN TEXT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS INC., and ADVANCED MESSAGING TECHNOLOGIES, INC.,<br><br>              Plaintiffs,<br><br>vs.<br><br>CAPTARIS, INC. and OPEN TEXT CORPORATION,<br><br>              Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO.  CV 09-4150-DDP (AJWx)<br><br>**REQUEST OF CAPTARIS, INC. AND OPEN TEXT CORPORATION FOR OPPORTUNITY TO BRIEF ADDITIONAL ISSUES IN CONJUNCTION WITH RESOLUTION OF MOTION TO DISQUALIFY**<br><br>Judge:     Honorable Dean D. Pregerson<br>Motion:   J2's Motion To Disqualify Perkins Coie LLP and to Compel Discovery<br><br>Prior Hearing:   November 19, 2012 |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiffs recently lodged a proposed order (Docket Number 394) on their Motion To Disqualify Perkins Coie LLP and to Compel Discovery (Docket Number 340).  In that proposed order, plaintiffs request that the Court enter relief against Captaris, Inc. and Open Text Corporation (collectively "Open Text") that has not previously been briefed by the parties, including evidentiary sanctions, the striking of certain defenses and disqualification of Open Text's Chief Legal Officer from any role with respect to this litigation.  Open Text submits that, if the Court intends to consider such relief, it is entitled, as a matter of both due process and simple fairness, to an opportunity to brief and be heard with respect to the propriety of such sanctions.  Open Text respectfully suggests that the Court convene a conference, either telephonic or in-person, among counsel, including Special Counsel listed below, to discuss a briefing schedule with regard to such sanctions and any other issues that the Court believes it would be helpful to discuss.

DATED:  December 4, 2012

By: */s/ Brad D. Brian*

MUNGER, TOLLES & OLSON LLP
Brad D. Brian (State Bar No. 079001)
Stuart N. Senator (State Bar No. 148009)
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
Brad.Brian@mto.com
Stuart.Senator@mto.com

*Special Counsel to
Captaris, Inc. and Open Text Corporation*