# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | CV 09-04150 DDP (AJWx) | | Date | December 12, 2012 |

Title    j2 GLOBAL COMMUNICATIONS INC. -V- CAPTARIS INC.

Present: The
Honorable           DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert A. Sacks<br>Brian R. England | Timothy J. Carroll<br>Brad D. Brian<br>Stuart N. Senator |

Proceedings:

## TELEPHONIC STATUS CONFERENCE

Court and counsel confer as reflected on the record.

The Court notes: all dates in this matter will be continued, in an order to be issued hereafter.

| | 0 0 | : | 08 |
|---|---|---|---|
| | Initials of Preparer | | JAC |