| | |
|---|---|
| 1 | Thomas J. Friel, Jr. (Bar No. 80065) |
| 2 | *tfriel@cooley.com.*<br>COOLEY LLP |
| 3 | 101 California Street, 5th Floor |
| 4 | San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000 |
| 5 | Facsimile:  (415) 693-2222 |
| 6 | |
| 7 | Sarah J. Guske (Bar No. 232467)<br>*sguske@cooley.com* |
| 8 | COOLEY LLP |
| 9 | 380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021 |
| 10 | Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| 11 | |
| 12 | Robyn Gould (Bar No. 257803) |
| 13 | *rgould@cooley.com*<br>COOLEY LLP |
| 14 | 1333 2nd Street, Suite 400 |
| 15 | Santa Monica, CA 90401<br>Telephone: (310) 883-6400 |
| 16 | Facsimile: (310) 883-6500 |
| 17 | Attorneys for Defendants CAPTARIS, |
| 18 | INC. and OPENTEXT<br>CORPORATION |
| 19 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| j2 Global Communications, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>CAPTARIS, INC., *et al.*<br><br>Defendant. | CASE NO. 2:09-CV-04150 DDP (AJWx)<br><br>**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**<br><br>Judge: Hon. Dean D. Pregerson |

-1-

| | |
|---|---|
| 1 | |
| 2 | And Related Counterclaims |

3     **PLEASE TAKE NOTICE** that Thomas J. Friel, Jr., Bar No. 80065, of Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111-5800, (415) 693-2000, hereby appears as counsel of record on behalf of Defendants Captaris, Inc. and OpenText Corporation and hereby requests that all further paper, pleadings, filings and electronic filings be served upon him at tfriel@cooley.com.

Dated: January 11, 2013

COOLEY LLP

*/s/Thomas J. Friel, Jr.*
Thomas J. Friel, Jr. (Bar No. 80065)
*tfriel@cooley.com*
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Sarah J. Guske (Bar No. 232467)
*sguske@cooley.com*
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Phone: (720) 566-4000
Facsimile: (720) 566-4099

Robyn Gould (Bar No. 257803)
*rgould@cooley.com*
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

***Attorneys for Defendants Captaris, Inc. and OpenText Corporation***

385842 v1/CO