Brad D. Brian (State Bar No. 079001)
Stuart N. Senator (State Bar No.: 148009)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:    (213) 687-3702
Brad.Brian@mto.com
Stuart.Senator@mto.com

Special Counsel for Defendants / Counterclaimants
CAPTARIS, INC. and OPEN TEXT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CAPTARIS, INC. and OPEN TEXT CORPORATION, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO.  CV 09-4150-DDP (AJWx) <br><br> **DEFENDANTS' NOTICE REGARDING SCREENING PURSUANT TO THE COURT'S DECEMBER 19, 2012 ORDER** |

In compliance with this Court's December 19, 2012 Order ("Order"), Defendants in the related cases hereby notify the Court and opposing counsel as follows.

The only internal Open Text attorneys who have had any involvement in these litigations are the following attorneys:

1. Douglas Parker
2. Gordon Davies
3. Jack Harwood

There are other attorneys currently employed by Open Text in Canada and other parts of the world. Such other attorneys are involved principally in ordinary course commercial sales contracts and related activities, with litigation experience (if any) limited to small commercial or employment related disputes. No other such attorney has had or currently has responsibility for overseeing corporate or patent litigation in the United States. No other such attorney has been or currently is involved in these litigations or has had or currently has access to the files for these litigations. Even absent the Order, in light of the roles, skills and experience of such other attorneys, Open Text has never considered assigning them to these litigations. No other such attorney will in the future be permitted to be involved in these litigations or to have access to the files for these litigations without Open Text seeking prior Court approval.

Pursuant to the Order, Defendants are also denying access to the files in these litigations to Mr. Parker and Mr. Davies, and prohibiting their continuing participation in these litigations.[1]

---

[1] As stated in Defendants' concurrently-filed motion to certify the Order for interlocutory review, the parties have stipulated to the continuing involvement of Mr. Parker and Mr. Davies in implementation of the Order and any appellate review of the Order, and the Order also allows for certain transitional activities.

19677148.2     - 1 -     DEFTS' NOTICE REGARDING SCREENING
CASE NOS.: CV-09-4150, 09-4189, 11-4239 DDP (AJWx)

1  Pursuant to the paragraph 3 of the Remedies section of the Order,
2  Defendants are concurrently submitting a declaration of Mr. Harwood.
3
4  DATED: January 11, 2013          MUNGER, TOLLES & OLSON LLP
5
6                                    By:    */s/ Stuart N. Senator*
7                                           Stuart N. Senator
8                                    Special Counsel for Defendants /
                                      Counterclaimants
9                                    CAPTARIS, INC. and OPEN TEXT
                                      CORPORATION
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28