1 Brad D. Brian (State Bar No. 079001)
Stuart N. Senator (State Bar No.: 148009)
2 MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
3 Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
4 Facsimile:   (213) 687-3702
Brad.Brian@mto.com
5 Stuart.Senator@mto.com

6 Special Counsel for Defendants / Counterclaimants
CAPTARIS, INC. and OPEN TEXT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS INC., and ADVANCED MESSAGING TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPTARIS, INC. and OPEN TEXT CORPORATION,<br><br>Defendants. | CASE NO.  CV 09-4150-DDP (AJWx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CERTIFICATION OF DECEMBER 19, 2012 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §§ 1292(b) AND (c)(1) AND FOR STAY OF PROCEEDINGS PENDING APPELLATE REVIEW**<br><br>DATE:     February 11, 2013<br>TIME:     10:00 a.m.<br>CTRM:    3<br><br>**Hon. Dean D. Pregerson** |
| AND RELATED CROSS-ACTIONS | |

19717269.1

[PROPOSED] ORDER
CASE NOS.:  CV-09-4150, 09-4189, 11-4239 DDP (AJWx)

## **[PROPOSED] ORDER**

Having considered the above-referenced Motion, this Court hereby grants the motion, as follows:

1. The Court certifies its December 19, 2012 order [Docket No. 406]; "Order"] for interlocutory appellate review, finding that the Order involves one or more controlling questions of law as to which there is substantial ground for difference of opinion and an immediate appeal of the Order may materially advance the ultimate termination of this litigation.

2. The Court stays this litigation pending review of the Order by the Court of Appeals.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Dean D. Pregerson
United States District Judge