UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 09-04150 DDP (AJWx)                                Dated: February 6, 2013

Title:   j2 GLOBAL COMMUNICATIONS INC. -v- CAPTARIS INC.
===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                    <u>None Present</u>
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                 None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO CERTIFY DECEMBER 19, 2012 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §§ 1292(B) AND (C)(1) AND FOR STAY OF PROCEEDINGS PENDING APPELLATE REVIEW FILED BY DEFENDANTS CAPTARIS INC, OPEN TEXT CORPORATION (DOCKET NUMBER 414) is hereby continued from February 11, 2013 to March 11, 2013 at 10:00 a.m.


MINUTES FORM 11                                      Initials of Deputy Clerk   JAC
CIVIL -- GEN