1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:  (310) 712-8800

7  *Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

8

9  Grant E. Kinsel (SBN 172407)
   gkinsel@perkinscoie.com
   PERKINS COIE LLP
10 1888 Century Park East, Suite 1700
   Los Angeles, California 90067-1725
11 Tel:  (310) 788-9900
   Fax:  (310) 788-3399

12

13 Timothy J. Carroll (*Pro Hac Vice*)
   tcarroll@perkinscoie.com
   PERKINS COIE LLP
14 131 South Dearborn Street, Suite 1700
   Chicago, Illinois 60603-5559
15 Tel:  (312) 324-8400
   Fax:  (312) 324-9400

16

17 *Attorneys for Defendants Captaris, Inc. and Open Text Corporation*

18 *[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPTARIS, INC. and OPEN TEXT CORPORATION,<br><br>Defendants. | Case No. CV 09-4150 DDP (AJWx)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Proposed Order lodged concurrently herewith] |

1    IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that the above-entitled action, including the Complaint and Counterclaims, and all causes of action therein, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: May 1, 2013                Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600; Fax: (310) 712-8800

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Tel: (650) 384-4700; Fax: (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

Dated: May 1, 2013                Respectfully submitted,

/s/ Timothy J. Carroll
Grant E. Kinsel (SBN 172407)
gkinsel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1725
Tel.: (310) 788-9900; Fax: (310) 788-3399

Timothy J. Carroll (*Pro Hac Vice*)
tcarroll@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Tel.: (312) 324-8400; Fax: (312) 324-9400

*Attorneys for Defendants Captaris, Inc. and Open Text Corporation*