| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
| | sacksr@sullcrom.com |
| 2 | Brian R. England (SBN 211335) |
| | englandb@sullcrom.com |
| 3 | Edward E. Johnson (SBN 241065) |
| | johnsonee@sullcrom.com |
| 4 | SULLIVAN & CROMWELL LLP |
| | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California 90067-1725 |
| | Tel.:  (310) 712-6600 |
| 6 | Fax:  (310) 712-8800 |

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

Grant E. Kinsel (SBN 172407)
gkinsel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1725
Tel:  (310) 788-9900
Fax:  (310) 788-3399

Timothy J. Carroll (*Pro Hac Vice*)
tcarroll@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Tel:  (312) 324-8400
Fax:  (312) 324-9400

*Attorneys for Defendants Captaris, Inc. and Open Text Corporation*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., | Case No. CV 09-4150 DDP (AJWx) |
| Plaintiffs, | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| CAPTARIS, INC. and OPEN TEXT CORPORATION, | |
| Defendants. | |

# **[PROPOSED] ORDER**

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

This action, including the Complaint and Counterclaims and all causes of action therein, is hereby dismissed with prejudice pursuant to stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:_____   _____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE