1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:  (310) 712-8800

7  *Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

8

9  Grant E. Kinsel (SBN 172407)
   gkinsel@perkinscoie.com
10 PERKINS COIE LLP
   1888 Century Park East, Suite 1700
   Los Angeles, California 90067-1725
11 Tel:  (310) 788-9900
   Fax:  (310) 788-3399

12

13 Timothy J. Carroll (*Pro Hac Vice*)
   tcarroll@perkinscoie.com
   PERKINS COIE LLP
14 131 South Dearborn Street, Suite 1700
   Chicago, Illinois 60603-5559
15 Tel:  (312) 324-8400
   Fax:  (312) 324-9400

16

17 *Attorneys for Defendants Captaris, Inc. and Open Text Corporation*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CAPTARIS, INC. and OPEN TEXT CORPORATION, <br><br> Defendants. | Case No. CV 09-04150 DDP (AJWx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

**ORDER**

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

This action, including the Complaint and Counterclaims and all causes of action therein, is hereby dismissed with prejudice pursuant to stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 02, 2013

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

- 1 -